UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION
FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.
APR 27 2015
_____
DEPUTY CLERK

| | |
|---|---|
| LARRY HUNTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 3:12 C 00916 |
| v. ) | Judge Marvin E. Aspen |
| ) | |
| METROPOLITAN GOVERNMENT OF ) | |
| NASHVILLE AND DAVIDSON ) | |
| COUNTY, ) | |
| ) | |
| Defendant. ) | |

## VERDICT FORM

We, the jury, find unanimously as follows:

1. Did Defendant discriminate against Plaintiff on the basis of disability in violation of the ADA when it selected Plaintiff for layoff on April 11, 2011?

    __X__ YES          _____ NO

2. If you answered "yes" to Question 1, then what amount of compensatory damages and back pay, as defined in the Court's instructions, is Plaintiff entitled to?

    $ __30,000__ Compensatory Damages

    $ __40,494.96__ Back Pay

    $ __70,494.96__ TOTAL

DATE 04-27-2015          FOREPERSON _Joyce Ann Hayes_